**Anthony P. SCHMIDT, Jr., Plaintiff–Appellant,**

v.

**VERSACOMP, INC. (doing Business as TNT Lift Systems), and Richard Ulrich, Defendants–Cross Appellants.**

**Nos. 2011–1295, 2011–1341.**

United States Court of Appeals, Federal Circuit.

Jan. 12, 2012.

Before NEWMAN, LINN, and REYNA, Circuit Judges.

### ON MOTION

### ORDER

PER CURIAM.

Versacomp, Inc. and Richard Ulrich (Versacomp) move without opposition for the second time to dismiss Anthony P.

no effect on pending appeal number 2011–1365.

Schmidt, Jr.'s appeal for failure to file a brief.

Versacomp previously moved to dismiss the appeal due to Schmidt's failure to file a brief. Rather than dismissing the appeal, this court allowed Schmidt to file a brief no later than October 11, 2011. This court gave Schmidt a strong warning that failure to file a brief by the extended deadline may result in dismissal of his appeal. Schmidt has not filed a brief, nor has he requested an extension of time to file.

Upon consideration thereof,

IT IS ORDERED THAT:

Versacomp's motion to dismiss is granted.